**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| In re:   Letisia Allen-Waddy ) | Chapter | 13 |
| ) | Case No. | 19-60365 |
| Debtor(s)       ) | | |
| ) | | |

**NOTICE OF INQUIRY**

On 3/7/2019 you filed a petition/pleading in the above case. See docket entry 12. The petition/pleading is deficient as set forth below.

☐   Pleading improperly styled/formatted (caption, size, margins). *See Local Rule 5005-3.*
☐   PDF not flattened. *See Attorney Guidelines on Court's website.*
☐   Corporate Resolution not filed with Chapter 11 petition. *Required by Local Rule 1002-1 and Local Rule 1074-1.*
☐   NAICS Code not included on petition or not typed in during opening of a business case. *See Attorney Guidelines on Court's website.*
☐   Notice of Appeal filed without party designations.
☐   Certificate of Credit Counseling docketed with petition. Must be docketed separately.
☐   Certification of Compliance with 11 USC § 1328 filed. Financial Management Course Certificate required but not filed. Case may be closed without discharge.
☐   Incorrect/Incomplete case number, case name, or chapter on pleading.
☐   Exhibits referenced in pleading but not attached/filed.
☑   Chapter 13 Plan/Amended Plan and docket text do not match.
☐   Notice of Appearance and Request for Notices filed but creditor name and address not added to CM/ECF during docketing.
☐   Certificate of Service/Mailing not properly related to Amended Plan <u>and</u> Order and Notice on Amended Plan.
☐   Certificate of Service incomplete/unreadable.
☐   Docket entry not related properly.
☐   Pleading relates to matter set for hearing, but docket entry has incorrect or incomplete hearing information.
☐   Objection to Claims filed. Objection appears not to comply with FRBP 3007(c).
☐   No Certification Regarding Balance of Schedules filed. See Local Rule 1007-1.
☐   No Certification Regarding Amended Schedules or Statements filed. See Local Rule 1009-1.
☐   Other:  .

This inquiry is for notice only. Please take the corrective action that you deem appropriate.

Dated:        March 8, 2019

                                                    James W. Reynolds, Clerk
                                                    U.S. Bankruptcy Court


                                            By:         /s/ Catherine James
                                                          Deputy Clerk

*Inquiry 110618*